O

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 30 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            ) <br>    Plaintiff, )<br>            )<br>    vs.     )<br>            )<br>            )<br>BANGSON VU HA )<br>            )<br>    Defendant. )<br>_____ ) | Case No.: SACR 09-198-CJC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District of Calif.</u> for alleged violation(s) of the terms and conditions of his/~~her~~ ~~[probation]~~ [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.  [X]   The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on numerous failures to comply with ~~violations of~~ conditions of release, unknown bail resources, history of bench warrants, substance abuse, parole status

```
 1
 2
 3
 4         (and)/or
 5  B.   [X]   The defendant has not met his/her burden of establishing by
 6        clear and convincing evidence that he/she is not likely to pose
 7        a danger to the safety of any other person or the community if
 8        released under 18 U.S.C. § 3142(b) or (c). This finding is based
 9        on: repeated fraud and drug offenses, apparent violations
10        of SR, ongoing substance abuse
11
12
13
14        IT THEREFORE IS ORDERED that the defendant be detained pending
15   the further revocation proceedings.
16
17   Dated:   3/30/12                    /s/ Jean Rosenbluth
18                                       JEAN ROSENBLUTH
                                         U.S. MAGISTRATE JUDGE
```